IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

CIVIL ACTION NO: 5:15-cv-624-FL

| | |
|---|---|
| VELOCITEL, INC. d/b/a FDH VELOCITEL, <br><br> Plaintiff, <br><br> v. <br><br> CORBIN HARDY, WAVE INSPECTION TECHNOLOGIES, INC., and SHANE BOONE, PH.D., <br><br> Defendants. | **ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES** |

This matter having come before this Court on Parties' Joint Motion to extend the deadline to conduct discovery up to March 15, 2017, and to extend the deadline to file dispositive motions to May 1, 2017; and

It appearing to the Court that good cause exists for the granting of this Motion; and that this Motion should be allowed;

IT IS NOW THEREFORE ORDERED that the Joint Motion to Extend Deadlines shall be and the same hereby is GRANTED, and the deadline to conduct discovery and to file dispositive motions shall be extended as follows:

1. The deadline to conduct discovery shall be extended to March 15, 2017;

2. The deadline to file dispositive motions shall be extended to May 1, 2017.

**IT IS SO ORDERED.**

This the 12th day of January, 2017.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT COURT JUDGE