IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO: 5:15-cv-624-FL

| | |
|---|---|
| VELOCITEL, INC. d/b/a FDH VELOCITEL, <br><br> Plaintiff, <br><br> v. <br><br> CORBIN HARDY, WAVE INSPECTION TECHNOLOGIES, INC., and SHANE BOONE, PH.D., <br><br> Defendants. | **ORDER ENTERING STIPULATED EXTENSION OF FACT DISCOVERY DEADLINE AND DEADLINE FOR THE PARTIES TO SERVE RESPONSES TO OUTSTANDING DISCOVERY** |

The Court Approves the below Stipulated Extension of Fact Discovery Deadline and Deadline for the parties to Serve Responses to Outstanding Discovery made and entered into by and between Plaintiff Velocitel, Inc. d/b/a FDH Velocitel ("Plaintiff") and Defendant Shane Boone, Ph.D. ("Defendant") by and through their respective counsel of record as follows:

1. The fact discovery period shall be extended an additional fifteen (15) days, to and including September 30, 2017. No party will serve additional discovery requests or third party subpoenas beyond those already served.

2. Plaintiff shall have until September 15, 2017 to respond to Defendant's Second Request for Production of Documents to Plaintiff Velocitel, Inc. d/b/a FDH Velocitel, Second Set of Interrogatories to Plaintiff Velocitel, Inc. d/b/a FDH Velocitel, and Third Request for Production of Documents and Things to Plaintiff Velocitel, Inc. d/b/a FDH Velocitel, and Defendant shall have until September 15, 2017 to respond to Plaintiff's Second Request for Production of Documents.

3. Plaintiff's Motion for Extension of Time to Respond to Defendant's Second Request for Production, Second Interrogatories, and Third Request for Production and Motion to Extend Fact Discovery Period [DE #63] is resolved and is moot.

IT IS SO ORDERED this __6th__ day of September, 2017.

_____
LOUISE W. FLANAGAN
United States District Judge